AO 91 (Rev. 9/95) Criminal Complaint

E-FILED
Monday, 28 March, 2005 01:18:01 PM
Clerk, U.S. District Court, ILCD

FILED
MAR 2 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court

| CENTRAL | DISTRICT OF | ILLINOIS |

UNITED STATES OF AMERICA

v.

Melvin Harmon, Jr.
300 S. Roselle Road, Apt. #214
Schaumburg, Illinois

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-M- 6013

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  March 24, 2005  in  Peoria  county, in the Central  District of  Illinois  defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally conspire and agree with others to distribute more than 5 kilograms of Cocaine, a Schedule II controlled substance

in violation of  21  United States Code, Section(s)  846 and 841(a) and (b)(1)(A)

I further state that I am a(n)  Special Agent, DEA  and that this complaint is based
                                  Name

on the following facts:

See attached

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

s/ Paul Larsen
Signature of Complainant

Sworn to before me and subscribed in my presence,

3-25-05  at  Peoria, Il.
Date         City and State

John A Gorman                    s/ John Gorman
Name & Title of Judicial Officer    Signature of Judicial Officer
U.S. Magistrate Judge

AFFIDAVIT IN SUPPORT OF COMPLAINT

1. Your affiant, Paul Larsen, is a special agent with the Drug Enforcement Administration, stationed in Springfield, Illinois. Your affiant has been so employed since July 1999. Prior to being employed by the Drug Enforcement Administration, your affiant was employed for five years as a police officer for the Florence, S.C., Police Department. From 1997 to 1999, your affiant was assigned to the Drug Enforcement Administration as a narcotics investigator. During the course of your affiant's law enforcement experience, your affiant has received extensive training for investigations of narcotics violations. In addition, your affiant has also participated in numerous arrests and seizures.

2. This affidavit is made in support of an application for an arrest warrant for Earnest L. REED and Melvin HARMON Jr. The unlawful activities are the possession with intent to distribute more than fifty grams of a mixture and substance containing crack cocaine, in violation of Title 21 U.S.C., Section 841 (a)(1) and (b)(1)(A) and conspiracy to distribute more than 5 kilograms of cocaine in violation of Title 21 U.S.C. Section 846.

3. Your affiant is familiar with the following facts based upon your affiant's personal observations and upon information officially supplied to your affiant by other law enforcement agents or the people described in this affidavit.

4. During this investigation, agents of the Drug Enforcement Administration and the Peoria Police Department learned REED was a distributor of cocaine and crack cocaine in the Peoria area. During this investigation, enough information was gathered to prepare a search warrant for REED and 741 E. Lake Street, Peoria Heights, Illinois, which was determined to be REED's residence. The search warrant proposal was reviewed and signed by Judge G. Collier on March 23, 2005. Later on March 23, 2005, officers with the Peoria Police Department executed the search warrant of REED and the home at 741 E. Lake Street, Peoria Heights, Illinois.

5. During the search of REED's home, officers seized approximately 130 grams of suspected crack cocaine,

1

approximately 707 grams of suspected powder cocaine, approximately 45 grams of suspected cannabis and approximately 2.8 grams of suspected hashish. The suspected crack cocaine was seized from REED's bedroom. The powder cocaine, with the exception of approximately 26 grams, was also found in the same bedroom. A baggie containing the approximately 26 grams of suspected powder cocaine was found in the home's living room. In addition, approximately 2.3 grams of suspected crack cocaine was seized from REED'S person. Peoria Police Department Officer Tim Moore conducted a field test on a portion of the suspected crack cocaine. A positive reaction for the presumptive presence of cocaine was observed.

6. Inside the home, officers also found two digital scales with suspected cocaine residue on them and numerous items of miscellaneous paperwork in REED'S name.

7. Following the search warrant, agents met with REED and advised him of his rights pursuant to Miranda. REED said he understood his rights, agreed to waive them and wanted to voluntarily speak with investigators. During the interview, REED admitted ownership of the cocaine and crack cocaine agents found in his home. REED told investigators that on approximately 15 separate occasions, he obtained one kilogram of powder cocaine from a person he knew as Melvin LNU, from the Chicago, Illinois, area. On an additional four to 10 separate occasions, REED obtained two kilograms of powder cocaine from Melvin LNU. The transactions happened during the past four years. Some of the transactions happened at various locations along Interstate 55 near Weber Road.

8. REED stated that on or about the morning of March 23, 2005, REED had telephoned Melvin LNU and negotiated to purchase additional kilograms of cocaine. Under the direction of the DEA, REED telephoned Melvin LNU and arranged to purchase just one kilogram of cocaine. Melvin LNU agreed to meet REED in the parking lot of a Burger King restaurant, located on Weber Road near Interstate 55, in Romeoville, Illinois, to complete the transaction at that location. Surveillance was established on Melvin LNU and at the Weber Road area. At approximately 7:20 p.m., agents saw Melvin LNU driving a red Honda Civic on Weber Road. After driving into several parking lots in the area, Melvin LNU's vehicle was stopped for multiple traffic violations by the Illinois State Police. During the subsequent search of the vehicle, a kilogram of powder cocaine was found in the trunk. Melvin LNU was subsequently identified as Melvin HARMON.

9. Agents advised HARMON of his rights pursuant to Miranda. HARMON said he understood his rights, agreed to waive them and speak with investigators. During the interview, HARMON admitted to agreeing with REED to distribute a kilogram of powder cocaine to REED on March 24, 2005. HARMON said that he agreed to distribute four kilograms of powder cocaine to REED, but REED changed the quantity later to one kilogram.

10. Based on the information in this affidavit, your affiant requests the issuance of an arrest warrant for Earnest L. REED and Melvin HARMON Jr.

*S/ Paul Larsen*
S/A Paul Larsen
Drug Enforcement Administration

Sworn to and subscribed to
Before me this date

March 25, 2005

*S/ John A. Gorman*
United States Magistrate Judge
John A. Gorman
Peoria, Illinois

3