AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Central__  DISTRICT OF __Illinois__

U.J. v.

Melvin

Harmon

**APPEARANCE**

Case Number: 05 M 6013

**FILED**

APR - 6 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MELVIN HARMON

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/6/2005 | _(signature)_ |
| Date | Signature |
| | Thomas C. Brandstrader    6181127 |
| | Print Name    Bar Number |
| | 53 W. Jackson Blvd. Suite 615 |
| | Address |
| | Chicago    Il    60604 |
| | City    State    Zip Code |
| | 312-332-5297    (312) 922-2055 |
| | Phone Number    Fax Number |